ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 11 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3-15CR-051-B |
| LUIS RIVERA (01) | |
| MARCOS ANTONIO RODRIGUEZ-MEIJA (02) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Sex Trafficking of Children
### (Violation of 18 U.S.C. § 1591(a) and (b)(1))

From on or about December 23, 2014 through on or about December 25, 2014, the exact dates unknown to the Grand Jury, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Luis Rivera**, knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained and maintained by any means, and benefitted, financially and by receiving anything of value, from participating in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, Jane Doe, who had not attained the age of 14 years, knowing or in reckless disregard of the fact that Jane Doe had not attained the age of 14 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a) and (b)(1).

Indictment - Page 1

<u>Count Two</u>
Conspiracy to Commit Sex Trafficking of Children
(Violation of 18 U.S.C. § 1594(c))

From on or about December 23, 2014 through on or about December 25, 2014, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Luis Rivera** and **Marcos Antonio Rodriguez-Meija,** knowingly entered into an agreement to recruit, entice, harbor, transport, provide, obtain or maintain by any means Jane Doe, and to benefit financially by receiving anything of value from participation in a venture which has recruited, enticed, harbored, transported, provided, obtained, and maintained a person, in affecting interstate and foreign commerce, knowing or in reckless disregard of the fact that Jane Doe had not attained the age of 14 years and that Jane Doe would be caused to engage in a commercial sex act, and **Luis Rivera** and **Marcos Antonio Rodriguez-Meija** knew of the unlawful purpose of the agreement, and they joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(1)).

<u>Count Three</u>
Possession of Counterfeit Documents
(18 U.S.C. § 1546(a))

On or about January 28, 2015, the exact date being unknown to the grand jury, in the Dallas Division of the Northern District of Texas, **Marcos Antonio Rodriguez-Meija**, defendant, did knowingly possess documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, namely a United States Permanent Resident card in the name Eric Javier Castro bearing the defendant's photograph and a Social Security card in the name of Eric Javier Castro, which the defendant knew to be forged, counterfeited, altered, falsely made and otherwise unlawfully obtained, in that the defendant had the both cards in his possession in his vehicle.

In violation of 18 U.S.C. § 1546(a).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY


_____
CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas   75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

Indictment - Page 4

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

VS.

LUIS RIVERA (1)
MARCOS ANTONIO RODRIGUEZ-MEIJA (2)

INDICTMENT

18 U.S.C. § 1591(a) and (b)(1)
Sex Trafficking of Children

18 U.S.C. § 1594(c)
Conspiracy to Commit Sex Trafficking of Children

18 U.S.C. § 1546(a)
Possession of Counterfeit Documents
(3 COUNTS)

A true bill rendered:

FORT WORTH
FOREPERSON

Filed in open court this __11__ day of February A.D. 2015.

Warrant to Issue for LUIS RIVERA only

US Magistrate Judge